**In re the MARRIAGE OF Deborah Diane KERR, Respondent,**

**and**

**Dennis Leroy Kerr, Appellant.**

**No. WD 37532.**

Missouri Court of Appeals, Western District.

May 6, 1986.

Kranitz & Kranitz, P.C., St. Joseph, for appellant.

Donald E. Reynolds, Rock Port, for respondent.

Before BERREY, P.J., GAITAN, J., and ROPER, S.J.

### ORDER

PER CURIAM.

Dennis Leroy Kerr appeals the trial court's order overruling the motion to set aside a decree of dissolution of marriage awarded to Deborah Dianne Kerr, entered upon default for failure to appear at trial.

The judgment is affirmed. Rule 84.16(b).